MARTHA G. BRONITSKY, SBN 127583
CHAPTER 13 STANDING TRUSTEE
24301 Southland Blvd. Suite 200
Hayward, CA 94545-1541
(510) 266-5580

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                Chapter 13

REMY V. BALTAZAR JR.,                 CASE NO. 10-73887 EDJ
MARIEL A MORA

    Debtors                   **NOTICE AND MOTION FOR**
                                                **REVIEW OF FEES UNDER**
                                                **11 U.S.C. SECTION 329**

                                                Date: May 9, 2011
                                                Time: 9:30 a.m.
_____/   Room: 215

    COMES NOW, MARTHA G. BRONITSKY, Chapter 13 Standing Trustee, (Trustee) and requests that fees requested by Margaret Lowrie, Esq. Debtors' attorney be reviewed pursuant to Section 329(b) and that any compensation requested by this attorney in excess of the value of the services rendered be ordered reduced.

### FACTS

    The debtors filed this case under Chapter 13 on December 2, 2010. Attorney Margaret Lowrie Esq. prepared

1

the debtors' petition and schedules. The Statement Pursuant to Rule 2016(B) state that the fees charged in the case totaled $2,800 with all of the fee being taken prior to the filing. The debtors'' attorney has not provided any explanation for the excess retainer.

The Meeting of Creditors was held on Febuary 17, 2011. There are multiple deficiencies with this case.

1) No tax returns were provided 7 days prior to the Meeting of Creditors. The Debtors' attorney handed a non redacted copy of the tax returns to the Chapter 13 Trustee at the Meeting of Creditors. Debtors testified that they had given their tax returns to their attorney prior to the Meeting of Creditors. A motion to dismiss had been filed by the Chapter 13 Trustee on February 15, 2011.

2) No payment advices have been provided to the Chapter 13 Trustee.

3) The plan has not been served on all creditors with 28 days notice and opportunity to object. This is necessary because the plan was not filed with the Voluntary Petition.

4) Schedules A, B and C are blank or say "None". The debtors testified at the Meeting of

Creditors that they do in fact own many of the items asked for in those Schedules.

5) The secured claim of Santander for a vehicle is not included in the plan.

6) The plan proposes a payment of $388.90 and the debtors have net disposable income of $676.62.

On January 13, 2011 the Chapter 13 Trustee sent a letter to the debtors' attorney outlining all these issues. To date none of them have been addressed.

ARGUMENT

11 U.S.C. Section 329 authorizes the Court to examine any agreement regarding services to the debtor in connection with a debtors' petition. Under that section and FRBP 2017, the Court has the authority to order the return of attorney's fees that exceed the reasonable value of the services provided. American Law Center v. Stanley (In re Jastrem), 253 F.3d 438, 443 (9th Cir. 2001).

In this case Ms. Lowrie has provided no service to her client. By filing blank Schedules which were clearly incorrect she has not only put her clients in jeopordy of having their case dismissed but also of having criminal or civil penalties assessed against the debtors. In addition her failure to provide the tax returns prior to

3

the Meeting of Creditors resulted in a Motion to Dismiss being docketed by the Chapter 13 Trustee.

Therefore the Chapter 13 Trustee requests that Ms. Lowrie's fees be disallowed in full and that she be required to disgorge the amount of $2,800 directly to the debtors. The Trustee also requests that Ms. Lowrie be required to file a fee application and schedule a hearing for any fees to be paid in this case.

| | |
|---|---|
| February 18, 2011 <br> Date | /s/5909 <br> MARTHA G. BRONITSKY, ESQ. <br> Chapter 13 Standing Trustee |

4

In re:

Remy V Baltazar Jr
Mariel A Mora

Case No.: 10-73887-EDJ13

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 18, 2011  /s/ Gina A Weaver

Gina A Weaver

Remy V Baltazar Jr
Mariel A Mora
2561 Oliver Dr
Hayward,CA 94545

(Debtor(s))

Margaret Lowrie Atty
1011 Channing Way
Berkeley,CA 94710

(Counsel for Debtor)